UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 29, 2000

Marvin Liss, Esquire
5301 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015

Re: Tracy L. Robisson v. Ernest Anacker
Civil No. CCB-00-1515

Dear Mr. Liss:

Please provide a status report in this case addressing service on the defendant by **September 8, 2000.**

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: Court File