IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRACY ROBBISON,                    :

    Plaintiff,                   :

vs.                                : Case No: CCB-00-1515

ERNEST ANACKER,                    :

    Defendant.                   :

## ORDER

**UPON CONSIDERATION** of the Parties' Consent Motion to Amend the Scheduling Order, the authorities cited, and the record herein, it is this ____ day of February, 2001,

**ORDERED** that the Consent Motion be and hereby is GRANTED;

**IT IS FURTHER ORDERED**, that the Scheduling Order be amended as follows:

| Date | Event |
|---|---|
| 02/11/01 | Plaintiff's Rule 26(b)(2) Disclosures |
| 03/09/01 | Defendant's Rule 26(b)(2) Disclosures |
| 03/23/01 | Plaintiff's Rebuttal 26(b)(2) Disclosures |
| 04/02/01 | Rule 26(e)(2) Supplemental of Disclosures and Responses |
| 04/26/01 | Discovery Deadline Status Report |
| 05/02/01 | Requests for Admissions |
| 05/26/01 | Dispositive Pretrial Motions Deadline |

**Trial:** Two week period beginning August 13, 2001.

_____
**Catherine C. Blake**
Judge, United States District Court
For the District of Maryland

4