IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

TRACY ROBBISON,                           :

     Plaintiff,                        :

vs.                                       :          Case No: CCB-00-1515

ERNEST ANACKER,                           :

     Defendant.                        :

## O R D E R

Upon consideration of the Consent Motion to Amend Scheduling Order filed herein, it is this _30th_ day of _October_, 2001, by the United States District Court for the District of Maryland, Southern Division,

**ORDERED** that the Consent Motion to Amend Scheduling Order be and hereby is **GRANTED**, and it is further

**ORDERED** that any Motion in Limine respecting the parties experts shall be filed with the Court by Wednesday, December 12, 2001 with any opposition due by Friday, December 14, 2001. It is further ORDERED that all other deadlines shall remain the same except that the parties may amend their exhibit lists up to and including Wednesday, December 12, 2001.

*for export testimony only*

The Honorable Charles B. Day
MAGISTRATE JUDGE, United States
District Court for the District
of Maryland, Southern Division