UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

November 21, 2001

Marvin Liss, Esquire
5301 Wisconsin Avenue
Suite 640
Washington, D.C. 20015

Cyrus S. Picken, Jr., Esquire
4200 Parliament Place
Suite 204
Lanham, Maryland 20706

___FILED ___ENTERED
___LODGED ___RECEIVED

NOV 2 6 2001

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

Re:   Robisson v. Anacker, et al.
      Civil Action No. CCB-00-1515

Dear Counsel:

On November 20, 2001, a pretrial conference was held for the above-referenced case. This Pretrial Order, pursuant to Local Rule 106.4 (D. Md.), hereby adopts the "Joint Pre-Trial Statement" submitted by counsel (Docket Item No. 21) and the discussions held on the record during the pretrial conference. You are reminded that one of the agreements of the conference was that counsel shall submit redacted exhibits to me by **December 12, 2001**.

Despite the informal nature of this letter, it is nonetheless an Order of the Court and the Clerk is directed to docket it as such.

Sincerely yours,

Charles B. Day
United States Magistrate Judge

CBD/mgs

cc:   Court File