IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

_____FILED _____ENTERED
_____LODGED _____RECEIVED

DEC 2 6 2001

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

| | | |
|---|---|---|
| TRACY ROBBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. CCB-00-1515 |
| | ) | (Magistrate Judge Charles B. Day) |
| ERNEST ANACKER, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF JUDGMENT

The jury, having returned a verdict in favor of Plaintiff Tracy Robbison, and against

Defendant Ernest Anacker, in the amount, Eighty Five Thousand One Hundred Seven and Fifty

Three Cents ($85,107.53),

It is, this 21 day of December, 2001, **ORDERED**

1.    Judgment is entered in favor of Plaintiff Tracy Robbison, and against Defendant

Ernest Anacker in the amount of, $85,107.53;

2.    Defendants shall bear the cost of this action;

3.    Any and all prior rulings made by this court disposing of any claims against any

parties are incorporated by reference herein and this ORDER shall be deemed to be a final

judgment within the meaning of Fed. R. Civ. P. 58; and,

4.    The Clerk is directed to close this case.

Charles B. Day
United States Magistrate Judge