IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY ROBBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. CCB-00-1515 |
| | ) | (Magistrate Judge Charles B. Day) |
| ERNEST ANACKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Relief from Order of Judgment (Docket Item No. 32). The Court has reviewed Plaintiff's Motion and the opposition and response thereto. No hearing is deemed necessary. Local Rule 105.6 (D. Md.). For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

It is so ordered this /3th day of February, 2002.

_____
Charles B. Day
United States Magistrate Judge

