IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 21 2002

| | |
|---|---|
| TRACY ROBBISON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. CCB-00-1515 |
| | ) (Magistrate Judge Charles B. Day) |
| ERNEST ANACKER, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Ernest Anacker's Motion for New Trial As To Damages Only or Remittitur ("Defendants' Motion")(Docket Item No. 30) and the relating materials thereto, it is this 21st day of February, 2002, by the United States District Court for the District of Maryland, hereby

ORDERED, that Defendant's Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion; and it is further

ORDERED, that the Clerk will transmit the Memorandum Opinion and Order to counsel for the parties.

CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE