IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRACY ROBBISON, | : | |
| Plaintiff, | : | |
| vs. | : | Case No: CCB-00-1515 |
| ERNEST ANACKER, | : | |
| Defendant. | : | |

### ORDER

Upon consideration of Defendant Ernest Anacker's Motion for a Protective Order, the Memorandum in Support thereof, the record, and any Opposition filed by the Plaintiff, it is by the Court, this 15th day of March, 2002;

ORDERED, post judgment discovery against Mr. Anacker shall NOT be had at this time.

The Honorable Charles B. Day
United States Magistrate Judge
Of the District of Maryland,
Southern Division

Copies to:

**Cyrus S. Picken, Jr., Esquire**
4200 Parliament Place
Suite 204
Lanham, Maryland 20706
(301) 306-4806
Fax   306-4855
Attorney for Defendant Anacker

**Marvin Liss, Esquire**
5301 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(202) 237-6300
Fax   237-0258
Attorney for Plaintiff